IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARGERY MCCARRAGHER, SOPHRONIA WILLIAMS, and ERICA ROUSE, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § | Civil Action No. 3:11-cv-00055 |
| | § | |
| v. | § | |
| | § | |
| THE RYLAND GROUP, INC. and RYLAND HOMES OF TEXAS, INC., | § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE AS ATTORNEY-IN-CHARGE

To the Clerk of this Court and all parties of record:

This is notice that the below listed counsel is making an appearance in this case as

attorney-in-charge for Defendants The Ryland Group, Inc. and Ryland Homes of Texas, Inc.

("Ryland").

Paul Hash
State Bar No. 09198020
Southern District I.D. No. 12091
Jackson Lewis LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, TX 75219
Telephone:(214) 520-2400
Facsimile:  (214) 520-2008
Email:  hashp@jacksonlewis.com

Respectfully submitted,

JACKSON LEWIS LLP

OF COUNSEL:

By:   /s/ Paul Hash

Teresa Valderrama
State Bar No. 20422500
Southern District I.D. No. 10687
Virginia Mixon Swindell
State Bar No. 00794711
Southern I.D. No. 20303
E-mail: valderrt@jacksonlewis.com
Jeff Barnes
State Bar No. 24045452
Southern District I.D. No. 578228
JACKSON LEWIS LLP
Wedge International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone:  (713) 650-0404
Facsimile:  (713) 650-0405
Email: barnesj@jacksonlewis.com

Paul Hash
State Bar No. 09198020
Southern District I.D. No. 12091
Jackson LEWIS LLP
Wedge International Tower
3811 Turtle Creek Blvd., Ste. 500
Dallas, Texas 75219
Telephone:  (214) 520-2400
Facsimile:  (214) 520-2008
Email:  hashp@jacksonlewis.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS,
THE RYLAND GROUP, INC. AND
RYLAND HOMES OF TEXAS, INC.

## Certificate of Service

I certify that the preceding *Notice of Appearance as Attorney-in-Charge*, was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Houston Division, on October 18, 2012, and that a copy has been served upon Plaintiffs attorney in charge, Rhonda H. Wills, Wills Law Firm, 1776 Yorktown, Suite 600, Houston, Texas 77056 in accordance to such e-filing protocols.

Jeff Barnes