# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 12-41212

IN RE: THE RYLAND GROUP, INC. and RYLAND HOMES OF TEXAS, INC.,

Petitioners,

On Petition for Writ of Mandamus from the United States
District Court for the Southern District of Texas, Galveston Division
U.S.D.C. No. 3:11-CV-55

Before JOLLY, DAVIS and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that the district court's order of October 11, 2012 conditionally certifying a Class in this case and directing that potential class members be notified is STAYED to give the Court sufficient time to consider the mandamus petition.