IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARGERY MCCARRAGHER, SOPHRONIA WILLIAMS, and ERICA ROUSE, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs | § § | Civil Action No. 3:11-cv-00055 |
| v. | § § | |
| THE RYLAND GROUP, INC. and RYLAND HOMES OF TEXAS, INC. | § § § | |
| Defendants | § | |

## *EXPEDITED* AGREED JOINT MOTION TO HOLD THE COURT'S ORDER TO DISCLOSE EMPLOYEE CONTACT INFORMATION IN ABEYANCE PENDING MEDIATION

Plaintiffs and Defendants The Ryland Group, Inc. and Ryland Homes of Texas, Inc. ("Defendants") jointly file this Agreed Motion to Hold the Court's Order to Disclose Employee Contact Information in Abeyance Pending Mediation, and in support state as follows:

1. The Court has conditionally certified this FLSA collective action. The Court has ordered Defendants to disclose, by **Monday, April 15**, employee contact information to allow Plaintiffs to send notice of the action to putative class members.

2. The parties have agreed to mediate in good faith on May 6, 2013 with mediator Nancy Huston and jointly request that the Court postpone the deadline for Defendants to disclose employee contact information until after mediation.

3. In the event mediation is unsuccessful, Defendants agree to disclose to Plaintiffs the employee contact information to Plaintiffs' counsel on May 7, 2013, and agree to extend the deadline for the notice/opt-in period from July 31, 2013 to August 22, 2013. In the

event mediation is successful, the parties will terminate this action without sending notice to putative class members, and Defendants will not disclose the employee contact information.

4. Defendants agree to toll the limitations period for those who may opt-in to this proceeding for the period of October 29, 2012 through the date of mediation.

5. This Agreed Joint Motion is not being filed for the purpose of delay, but to attempt to resolve this matter without further litigation.

Respectfully submitted,

By: */s/ Rhonda H. Wills*
    Rhonda H. Wills
    ATTORNEY-IN-CHARGE
    State Bar No. 00791943
    S.D. Id. No. 20699
    WILLS LAW FIRM
    1776 Yorktown, Suite 600
    Houston, Texas 77056
    Telephone: (713) 528-4455
    Facsimile: (713) 528-2047
    E-mail: rwills@rwillslawfirm.com

ATTORNEY-IN-CHARGE FOR PLAINTIFFS

By: */s/ Paul Hash*
    Paul Hash
    State Bar No. 09198020
    Southern District I.D. No. 12091
    Jackson Lewis LLP
    500 N. Akard, Suite 2500
    Dallas, TX 75201
    Telephone: (214) 520-2400
    Facsimile: (214) 520-2008
    Email: hashp@jacksonlewis.com

ATTORNEY-IN-CHARGE FOR DEFENDANTS,
THE RYLAND GROUP, INC. AND RYLAND HOMES OF
TEXAS, INC.

OF COUNSEL:

Jeff Barnes
State Bar No. 24045452
Southern District I.D. No. 578228
Virginia Mixon Swindell
State Bar No. 00794711
Southern District I.D. No. 20303
JACKSON LEWIS LLP
WEDGE International Tower
1415 Louisiana, Suite 3325
Houston, Texas 77002
Telephone: (713) 650-0404
Facsimile: (713) 650-0405

## Certificate of Service

      I certify that the preceding *EXPEDITED AGREED JOINT MOTION TO HOLD THE COURT'S ORDER TO DISCLOSE EMPLOYEE CONTACT INFORMATION IN ABEYANCE PENDING MEDIATION* was filed in accordance with the protocols for e-filing in the United States District Court for the Southern District of Texas, Galveston Division, on April 11, 2013, and therefore has been served on the attorney-in-charge for Plaintiff, Rhonda H. Wills, Wills Law Firm, 2700 Post Oak Blvd., Suite 1350, Houston, Texas 77056, in accordance to such e-filing protocols.

                                        */s/ Jeff Barnes*
                                        Jeff Barnes