IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MARGERY MCCARRAGHER, SOPHRONIA WILLIAMS, and ERICA ROUSE, on behalf of themselves and all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:11-cv-00055 |
| v. | § § | |
| THE RYLAND GROUP, INC. and RYLAND HOMES OF TEXAS, INC., | § § § § | |
| Defendants. | § | |

**ORDER**

Pursuant to the parties' Joint Stipulation of Dismissal with Prejudice, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, each party to bear its own costs. This is a final, appealable order and closes the case.

SIGNED on this _____ day of _____, 2013.

_____
GREG COSTA
UNITED STATES DISTRICT JUDGE